**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
**CHARLENE RAINEY**          )     **CASE NO.: 3:10-CV-00823-CSH**
    **Plaintiff**                            )
                                                   )
**v.**                                              )
                                                   )
**CRESCENT RECOVERY, LLC &**   )
**JANE DOE a/k/a DEMETRIA**    )
    **Defendants**                       )
_____ )     **JULY 2, 2010**

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Charlene Rainey, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

           **PLAINTIFF, CHARLENE RAINEY**

           By: /S/Daniel S. Blinn_____
           Daniel S. Blinn, Fed Bar No. ct02188
           Matthew W. Graeber, Fed Bar No. ct27545
           dblinn@consumerlawgroup.com
           Consumer Law Group, LLC
           35 Cold Spring Rd., Suite 512
           Rocky Hill, CT  06067
           Tel. (860) 571-0408
           Fax. (860) 571-7457